IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

JUAN CARLOS FARINAS, )
)
Plaintiff, )
)
v. ) CV 319-008
)
THOMAS KANE and SARAH SALDANA, )
)
Defendants. )

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES AS MOOT** Plaintiff's motion to proceed *in forma pauperis*, (doc. no. 3), **DISMISSES** Plaintiff's complaint, and **CLOSES** this civil action.

SO ORDERED this 8th day of March, 2019, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE